IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# INFORMATION

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia          County:   Philadelphia

City and State of Defendant:  Philadelphia, PA  County: Philadelphia  Register No: N/A

Place of accident, incident, or transaction:   Eastern District of Pennsylvania

Post Office:  Philadelphia          County:   Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".
Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?
**Yes**  -  In Re: Rodney Martinez 2021-00376; Stanley Woloff  2021-00377; Jesse Fleck 2021-00374; Mark Irvello 2021-00371; David Abell 2021-00375; Peter Brauner 2021-00373; James Turner 2021-00378 and John Brady 2021-00398     *All Informations to be filed today

Case Number:          Judge:

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.  ◯ Antitrust

2.  ◯ Income Tax and other Tax Prosecutions

3.  ◯ Commercial Mail Fraud

4.  ◯ Controlled Substances

5.  ◯ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6.  ● General Criminal
    **18 U.S.C. § 666(a)(1)(A), (b) (theft from organization receiving federal funds - 1 count); 18 U.S.C. § 1343 (wire fraud - 1 count); 18 U.S.C. § 1957 (money laundering – 1 count); 18 U.S.C. § 2 (aiding and abetting) and Notices of forfeiture**

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)


DATE: 8-11-2021          /s/ *Louis D. Lappen*
                Louis D. Lappen
                Deputy United States Attorney

File No. 2021R00372
US v. Stephen Kish

Defendant: Stephen Kish

DOB: ███████