<strong>***CANCELLED***</strong><br>
IN THE UNITED STATES DISTRICT COURT<br>
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 21-309 |
| STEPHEN KISH | |

## NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a **Arraignment/Guilty Plea Hearing** on Tuesday, November 23, 2021 at 2:00 p.m. before the **Honorable C. Darnell Jones II** in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:   /s/ Leesa B. Ciamaichelo
      Deputy to Judge C. Darnell Jones II
      Phone: (267) 299-7759

Date: November 22, 2021

cc - via U.S. mail:    Defendant
cc - via email:        S. Patrizio, Esquire
                       L. Lappen, Assistant U.S. Attorney
                       U.S. Marshal
                       Probation Office
                       Pretrial Services
                       Interpreter Coordinator

crnotice (July 2021)