Waiver of Indictment

## UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 21-cr-309

STEPHEN KISH

STEPHEN KISH, the above-named defendant, who is accused of: 18 U.S.C. § 666(a)(1)(A), (b) (theft from organization receiving federal funds – 1 count), 18 U.S.C. § 1343 (wire fraud – 1 count), 18 U.S.C. § 1957 (money laundering – 1 count) and 18 U.S.C. § 2 (aiding and abetting – 1 count), being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

STEPHEN KISH
Defendant

Witness

STEPHEN PATRIZIO, ESQ.
Counsel for Defendant