EXHIBIT

"A"

# DRANOFF AND PATRIZIO, P.C.

### ATTORNEYS AT LAW

ARNOLD DRANOFF
adranoff@dpesq.com
STEPHEN P. PATRIZIO
spatrizio@dpesq.com

2 Penn Center Plaza
1500 JFK Boulevard  ·  Suite 1205
Philadelphia, PA 19102

TELEPHONE
215.569.2121
FAX NUMBER
215.569.2042

September 19, 2022

The Honorable C. Darnell Jones II
601 Market St
Philadelphia, PA 19106

> **Re:** **United States of America v. Stephen Kish**
> **Criminal No.: 18-53**

Dear Judge Jones:

Enclosed please find letters in support of Stephen Kish that I would request Your Honor consider in regards to Mr. Kish's sentencing hearing, which is scheduled for September 27, 2022:

1. Letter from Stephen Kish, Defendant;

2. Letter from Christina Kish, Daughter of Stephen Kish;

3. Letter from Roxanne Wuller, Sister of Stephen Kish;

4. Letter from Gale Murphy, Sister of Stephen Kish;

5. Letter from Andrew Kish, Grandson of Stephen Kish;

6. Letter from Alexandria Burke, Niece of Stephen Kish;

7. Letter from Thomas O'Brien III and Kimberly O'Brien, Friends of Stephen Kish;

8. Letter from Joseph Capone, Friend of Stephen Kish;

9. Letter from Lawrence Davis, Friend of Stephen Kish;

10. Letter from Laura Bonifante, Friend of Stephen Kish;

11. Letter from James Bonifante, Friend of Stephen Kish;

12. Letter from Kevin Carroll, Friend of Stephen Kish;

13. Letter from Elizabeth Carroll, Friend of Stephen Kish;

14. Letter from Steven Humes, Friend of Stephen Kish;

15. Letter from Joseph Sparks, Friend of Stephen Kish.

Respectfully submitted,

*Stephen P. Patrizio*

STEPHEN P. PATRIZIO

The Honorable C. Darnell Jones II;

My name is Stephen T. Kish Jr. I am before you because of the crimes I have committed. I accept complete responsibility for making these bad decisions that have hurt my family, my friends, my neighbors and myself. I want you to know that my actions have ruined my life and hurt the people I love.

I have tried to make restitution to the company the best that I can. I have paid back almost $170,000 so far. If I had more to give, I would give it. I know it is not my money. What little money I have helps to support my daughter, my grandson, my granddaughter and my great grandson, as well as pay my bills.

I worked hard my whole life since I was twelve years old. I became a single father to my daughter when I was 24 years old. I was the main support person for my blind mother after my father's death in 1989, when I was 34 years old, until her death last April 2020. Exavier, my two year old great grandson, lost his right eye to cancer about a year ago. He currently shows signs of Autism and is scheduled to be evaluated. Exavier's behavior is difficult for others to manage so I help my granddaughter take care of him when I can. My granddaughter does not drive so I am sometimes called on to transport them to doctor and hospital appointments. Exavier is still being followed for his cancer. Because of Exavier's needs, my granddaughter is unable to work so I help out financially as much as possible.
This past summer my grandson, Andrew, was a passenger in a car involved in a serious accident that left him paralyzed from the waist down. My daughter along with my granddaughter physically care for both Andrew and Exavier. I help her take care of both of them and I help to provide support emotionally and financially for all of them to the best of my ability.

I am making improvements to my daughter's home to make it as handicap accessible as possible.

Pg. 1

For example, I have set up a shower on the first floor for my grandson and I worked with a contractor doing prep work for the installation of a steel handicap ramp at the front entrance of the house. My daughter is a certified nursing assistant and I assist her with taking care of some Andrew's physical needs as well.

I hope you can see that I have never avoided my obligations and duties.

My actions have taken away my finacial support and the retirement that I have worked so hard for and had looked forward to. My greatest worry is how badly this has hurt my family. I hope your Honor can consider the loss of my pension, which would have been over $50,000 a year, as another way that I am repaying the company.

I would like you to know that I have spent my entire life in Philadelphia and have always supported the community with my service through my Masonic Lodge. I volunteered my time to do toy runs for the Shriners' Hospital. We also visited residents of two Masonic villages. I have helped my neighbors when I could and recently reported a burglary in the neighborhood, of which I am a prime witness scheduled to testify. Because the burglars live in the neighborhood, other neighbors appreciate my willingness to testify against them as it could put me at personal risk. Admittedly this has been a great concern of mine but I cannot shirk my responsibility to my neighborhood.

Before I gave into the temptation to take money that I was not entitled to, I was a loyal and dependable employee. I went to work there in 1994, I moved up in the company where I started as a mechanic and held five positions before I retired. My last position, which I held for almost seven years, was Director of Maintenance and Construction for the City and Suburban Transit Division. In that job I was on call 24 hours a day and was called on to support many departments around the clock.

It was not unusual for me to go in during the middle of the night. It was not unusual for me to be working 12 to 14 hour days or more during emergencies. I was on the Location Safety Committee that met monthly to resolve safety concerns brought to us by the customers, line workers, and various departments. I am very proud of my service to the company, the city and the surrounding suburbs and community.

I worked all my life to build a secure life for my family and myself. I have destroyed all that. I comprimised my values, my character and beliefs for no good reason. I beleive in and was raised by "The Golden Rule" and in breaking it have brought shame, disgrase and an unimaginable stain on my conscience that I must live with forever. The dishonest actions I took which brought me where I am, today is not a true reflection of who I am and my basic character. I am a good father, friend and neighbor. The remorse I feel is overwhelming and challenges and questions my thoughts on who I am. I wish I could go back in time and take back what I did to restore my dignity but life doesn't offer that chance.

Your Honor, all I ask is that you please judge me for who I really am. I committed a criminal act but I assure you that is not who I am. My family, friends and people that know me still believe in me and support me even though I made a serious mistake. As I have read the many letters of support that they have sent I feel even more embarrassed by my actions that have necessitated them writing letters. However, I am overwhelmed and humbled by the love and support they have given me, and I will work diligently for the rest of my life to show them that their support was not in vain. I only hope one day I can forgive myself as they have.

I ask that you please take all of this into consideration in your decision and judgement as I stand before your Honor for sentencing.

Thank you for taking your valuable time to read this letter.

Respectfully submitted

Stephen T. Kish Jr

Stephen T. Kish Jr.

Dear Judge Jones.

My Names is Christina Kish. I'm
Writing this on behalf of my father.
Stephen Kish. he Was a single dad
raised me since I was six year old
and he took Care of his mother. Who also
was blind. And me begin a
single Parent. my father has help
me raised my two Children. he
also help us with my Grandson.
who Just had eye Cancer. and
now my son Was In a bad Car
accident. And then again he there
fur us again. he Will come over.
to sit with my son. So I Can Work
to Support Us. And I beline taken
time away. from us. Will really.
Push me Over the Idge. he the
Only one I Can Count On. fur any.
help. And he the only Person I
have left.

                    Simcerly Your

                    Christinia Kish

August 26.th 2021

Dear Honorable Mr. Jones.

My name is Roxanne Wuller.
I have know Stephen Kish since
the day I was born. Stephen Kish
is my older brother. My brother
is extremely remorseful.
I personally see he is living in
his own prison. Mentally and
Physically.
I myself am a retired Philadelphia
school crossing guard. I also work
in a retirement community, 34 years.
Stephen is a detailed oriented very
organized perfectionist. Stephen
is loyal to all his childhood
friends and who ever he comes
in contact with. My brother
him self is battling lyme
disease, along with this serious
mistake that he is now faceing
judgment on. Our mom was
blind since the age of seven,
who which raised four children.
She was as independent as possible
while our father was the bread winner

Our parents were from upstate Pennsylvania. where they meant through her brother. They were in the army together. Our mom went to a special school for the the blind to enable her to be as independent as possible. When we got older we helped our mom every way we could. My mom, our mom had no sight at all. We lost her a year ago. Stephen and I took shifts to take care of her. Our father passed thirty years earlier.

My brother Stephen's great grandson just lost his right eye to cancer in December 2020. He was only a year old. This was devastating.

Stephen is a devoted father to his only daughter which he raised himself, and now her son, Stephens grandson is now paralyzed from the navel down from a car accident. He finely just came home. Stephen is now trying to help his daughter and grandson. Stephen's daughter well have to go back to work. My brother is desperatly needed to be there to help and support his daughter and aide in the care of his grandson. This is all so divastating for my brother who can't be any remorseful that he is now

more

faceing judgement on.

It is my sincere hope that the court
takes into consideration at the time of
my brother sentencing on truely how
remorseful Stephen Krish really is.

Sincerely.

Roxanne Wuller

Dear Judge Jones:

"Your Honor," I am
writing in behalf of My
Brother: Stephen Thomas Kish.
My name is Gale Ann
Harrison-Murphy. I am seventy-two
years of age and have known Stephen
all of his life.

"Your Honor," In my
heart and soul. Stephen is the
most excellent, caring loving
brother I could be blessed with.

My father died young;
Stephen took care of our mother
who was blind. As she became
older; he put a chair lift
in for the steps to the second
floor. He put a shower in
so she could bath. My mother
died at ninety - seven years
old. Stephen took care of
everything when our youngest
brother Paul died. Now his great
grandson lost his eye from
cancer at age one.

8/2021

"Young Honor," Stephen's grandson Andrew just came home from a bad car accident. Who now is parralized from the waist down, with bed sores who Stephen helps his daughter with. Plus up to date his daughter will be going to Fox chase Cancer for her labs, being off. Stephen has worked hard growing up, he has always been honest, loyal and caring. He has no missed steps in life, just hard work. I have been a nurse for fifty-two years, and love what I do. Stephen had to work hard at Septa, to get the job he had. I pray he is shown "Mercy." Everyone deserves a second chance in life. Please show Stephen Mercy and Livency.

Thank You:

Sincerly:

Gale Ann Harrison-
Murphy

11-15-2021

Dear Judge Jones II

My name is Andrew Kish. I live at 635 Levick Street. I'm writing this for my Grandpop Stephen Kish. he is the only father figure I had In my life. he used to take me to work with him and take me out. And since my Car accident. he Come over And help me. he also keep my mom with my medical stuff to. he also take me out In my WheelChair.

to taken him from me will make me more depresion.

Sincerley Your.

andrew Kish

Dear Judge Jones,

My name is Alexandria Burke, I am currently working as a data entry Operator. I have a Bachelor's degree in counseling Psychology. I am Stephen Kish's Great niece. I have Known Stephen Kish my whole life (which is 30 years). My Uncle Stephen is on my mother's side of my family.

My Uncle Stephen is Someone I look up to on my mother's side. My Uncle Stephen has inspired me to go to School, get an education and become Successful. My Uncle Stephen is the only one on my mother's Side to complete his Masters degree. I One day want to complete my Master's degree, Just like him.

One good characteristic out of many, that I admire about my Uncle Stephen, is how much he cares about his family. My Uncle Stephen has helped everyone in our family who has needed it. One example, My Great Grand mom (His mom), My Great Grandmom was legally Blind for 90% of her life. My Great Grandmom had lots of Support. My Uncle Stephen was one of her biggest Supporters, My Uncle Stephen has helped her with whatever she needed. My Uncle Stephen has Showed me how family support is important.

Thank you for taking time to read my letter.

Sincerely,
alexandria burke

The Honorable C. Darnell Jones II:

Allow me first to introduce myself. My name is Thomas J O'Brien III and I am a retired from the Philadelphia Police Department. I dedicated 23 years of service in the East Division as a police officer. I am currently employed with the Philadelphia School District as a School Safety Officer and have been in their employment of the school system for 17 years.

Steve and I first met through a mutual friend over 30 years ago. Steve and I became close friends over the years. I was already a member of the Masonic Lodge of Pennsylvania and I asked Steve to join the Lodge and become a member. Over the years Steve and I both had the distinguished honor of being elected Master of the Lodge. Steve was elected four times. During his service to the Lodge Steve was also elected as Chairman of the Charity Committee. The position of the Chairman as well as the Charity Committee is to aid organizations as well as individuals and families in need. Steve and I both Served on this Committee with Honor and dignity. Each year the Grand Lodge would audit the Charity Committee and there were no discrepancies in the records. Steve served both elected position with the Masons with pride and loyalty.

I have always known Steve to a dedicated employee during his employment with Septa. There were several occasions that Steve and I would have plans and Steve would call and have to cancel our plans so that he could handle a matter after work or have to return to work.

Steve has always been a trusting and loyal friend. When I needed a best man for my wedding three years ago my wife and I both agreed that there was no one else that I would rather have stand by my side on that day then Steve.

Steve has always been a dedicated family man. Currently, I feel that his family needs him more than ever. His great-grandson is a year and a half old and has been diagnosed with cancer and this disease has already taken one of his eyes. Recently Steve's grandson, who Steve spent a great amount of time with, was a passenger in a deadly motor vehicle accident and is paralyzed from his waist down as a result of this accident.

In my years of serving the City of Philadelphia as a Police Officer I would find myself in the Criminal and Domestic Relations Court before many Judges and sometimes once I was made aware of the circumstances involving these various cases I would find myself asking the Judge for leniency for the defendant. These cases involved a various range of ages as well as backgrounds. In my learning of all for the underlying facts in the matter I would ask the Judge to give the defendants the help that I could not.

It is my opinion that Steve has lost a large part of himself in the past year and a half. I feel that he has lost a great deal of self-respect in his daily dealings in this matter. I always knew Steve to be very active and constantly on the move. In the last year and half Steve and I have not enjoyed and of the things that we used to enjoy doing.

Your Honor we ask that you consider the person and friend that I know Steve Kish to be when you render your decision involving this matter and I would hope that you grant him leniency.

I appreciate and thank you for allowing us the opportunity to write this letter and thank you for your time and consideration regarding same.  I would ask that God Bless your decision and my friend Steve Kish.

Sincerely,

Thomas J. O'Brien III
Kimberly S. O'Brien

Dear Judge Jones:

My name if Joseph W. Capone and I am writing this letter for my friend Stephen Kish.  I entered St. Charles Seminary in 1967 and graduated in 1972 with a B.A. in Philosophy.  After working for 9 months as a clerk in the Court Bail Program I joined the Philadelphia Police Department.  I served as an Officer in the 18th District from September 1973 until February of 1989.  When I got promoted to Detective. I served at West Detectives, the Narcotics forfeiture Unit and ended my career working in the D.E.A. task force in Group 7 Violet traffickers unit.  I next worked at Mellon Bank as a fraud investigator and in 1999 I went to work For Independence Blue Cross in the Corporate and Financial Investigations unit of Corporate Audit.  I retired from IBC in August 2015. I am currently retired.

Writing this letter for Stephen has been very hard for me as I usually worked with the prosecutors on my cases and not on the defense side of an issue.  But I feel it is the right thing to do for my friend and I hope to show you why.

I first became acquainted with Stephen when he joined the freemasons around 2000. I served as Secretary of Philadelphia Potter Lodge when Stephen joined our Lodge. It was rare to see a new member of the lodge jump into the Lodge with such enthusiasm.  He quickly learned the lodge work and business and in a few years learned by memory the first two degrees in Freemasonry.  He served as Worshipful Master in 2003 and 2004.  While serving as W.M. He helped me organize and run our Ladies Night banquet, and a Prayer service and Luncheon at Lafayette Hills Masonic Homes.   At the time this service has been conducted for 137 years.  He also served as Master in 2011 and 2015   In one of our Brother hood Nights he invited four sitting grand master from four states to attend our meeting and dinner.  This had never been done by any lodge.  Since 1797 there has only been two men who served as Worshipful Master in our lodge for four different years.   One is my Friend Stephen and the other is myself.

He was a great help to me as I served as secretary. He was always the first to volunteer and we would speak almost daily about the lodge. He is currently on the Charity Committee.

Stephen spoke to me about the trouble he got into at Septa.  He never discussed the details only to say he had made a big mistake and now would have to pay for

his mistake.  Not until I read the accounts in the paper did I know the details of what he did.

I was shocked to learn the facts of the investigation.   It did not seem possible that my friend would do such a thing.  It was completely out of character for him. However, I can say in all honesty that he has admitted his mistakes to me and he is really sorry for what he did, letting his family down, his friends and finally himself.

I can only ask you if you could find it in your judgement to give him a lenient sentence. On top of all the issues in his life he has the added burden of seeing his his grandson Andrew injured in an auto accident and paralyzed from his waist down.  I met Andrew when he and Steve helped me to clear out my Aunts home. She died at 103 and named me as Executor for her estate.  Stephen is currently helping his daughter to get their home handicapped accessible for Andrew.

Again I ask the court for mercy for my friend.    Putting him in prison will serve no purpose.  He has acknowledged his mistake to me and I believe that he is sorry for what he did.  A prison sentence will only add additional hardships for the Kish family.

Sincerely yours

Joseph W. Capone

LAWRENCE C. DAVIS
  801 MAY AVE.

DEPTFORD, N.J   08096

07/10/2021

RE: STEVE KISH

YOUR HONOR,

        I HAVE KNOWN STEVE KISH AS A GOOD
FRIEND SINCE EARLY CHILDHOOD. I WAS SHOCKED
AND UPSET TO HEAR OF HIS CASE AS HE HAS
ALWAYS BEEN A STRAIGHT SHOOTER. IT IS
FOR THIS REASON I'M HAPPY TO WRITE A LETTER
OF REFERENCE FOR MR. KISH REGARDING THIS
MATTER. I UNDERSTAND FULLY THE SERIOUSNESS
OF THIS MATTER HOWEVER, HOPE THE COURT WILL
SHOW LENIENCY.

        STEVE HAS ALWAYS BEEN OF UPRIGHT CHARACTER
IN HIS COMMUNITY, FOR HIS FAMILY, & FRIENDS.
HE TOOK CARE OF HIS ELDERLY (BLIND) MOTHER
UNTIL HER DEATH LAST YEAR. HE NOW IS TRYING
TO COME TO TERMS WITH THE TRAGIC CAR ACCIDENT
WHICH LEFT HIS GRANDSON PARALYZED, AND HELPING
HIS DAUGHTER WITH HIS CARE. HE HAS ALWAYS
BEEN THERE FOR MYSELF AND MY FAMILY IN HAPPY
TIMES, TIMES OF LOSS, AND MEDICAL CRISIS.
WHILE IT CAME AS A SURPRISE TO HEAR OF
THIS MISCONDUCT, IT DOES NOT SURPRISE ME HE
IS READY TO ACCEPT RESPONSIBILITY FOR HIS
ACTIONS. I BELIEVE THAT AS WE MOVE FORWARD,
HE WILL EMERGE A BETTER PERSON. IN SHORT
STEVE HAS EXPRESSED DEEP REMORSE FOR HIS ACTIONS.

IT IS MY SINCERE HOPE THE COURT
TAKES THIS LETTER INTO CONSIDERATION AT THE
TIME OF HIS SENTENCING. I STILL BELIEVE
STEVE TO BE AN HONORABLE INDIVIDUAL,
A VALUABLE MEMBER TO HIS FAMILY, FRIENDS,
COMMUNITY, AND A GOOD PERSON.


SINCERELY,

LAWRENCE C. DAVIS

November 8, 2021

The Honorable C. Darnell Jones II
c/o Stephen P. Patrizio, Esquire
1500 JFK Boulevard, Suite 1205
Philadelphia, PA 19102

Your Honor,

I am Laura Bonifante, mother of two amazing men who were born and raised in Philadelphia. I am a radiologic technologist and mammographer with Jefferson Health System's at the Northeast Philadelphia location. My husband and I have lived in Somerton section of Philadelphia for over 20 years.

My husband, James, and I met Stephen Kish approximately 25 years ago when he started dating a very close childhood friend of mine. It didn't take long for the four of us to become very close great friends, sharing many cultural traditions.

2

Steve became part of our family. My sons continue a relationship with him as adults by gathering every fall to make their homemade wine! We can depend on him with assistance regarding anything from home repairs, to gardening, to vacation planning.

Steve has an amazing daughter Chris who has a genuine heart of gold. She is a caregiver and in demand to assist families in need. She gets that quality from her dad. Being a single parent of two Steve has stepped up as both father and grandfather to her children.

Andrew, Steve's grandson, is paralyzed from the waist down due to a recent motor vehicle accident and relys on Steve for both financial and emotional support! Steve also has a great grandson who is autistic and recently had his right eye removed due to a cancerous tumor. Stephen Kish is the entire support system for this family. I can not imagine this family suffering anymore tragedy.

3

Steve is the backbone of a family who is drowning in one crisis after another. He is the glue that keeps them together.

I beg your honor to show mercy on a man who made a deplorable mistake — a man who has shown so many acts of kindness over the years, a man who would help you "figure it out" if he didn't have the answer. He keeps his family positive, moving forward, and solves the challenges they face everyday.

Respectfully,

Laura Bonifante

Dear Judge Jones                                    Nov. 16th 2021

My name is James Bonifante. I am a retired Philadelphia Water Dept. employee. I started as a maintenance mechanic and worked my way up to superintendent. I had over thirty years of service to the City of Philadelphia.

I met Stephen Kish about 25 years ago through a childhood friend of my wife's. We would see each other often and became good friends. We would occasionally go antiquing together as Steve was into collecting.

Steve learned how to make homemade wine from our friends father. I mentioned to him I was interested in learning and making my own wine. He invited me to join him and a few friends when the season started. I have since made wine with Steve for over 12 years.

He knew how to do brick and cement work. When I mentioned I was going to redo my patio, he offered to help me do the project.

Stephen was a member of the Free Masons an organization that donates to various charities and causes.

He was and is very close to his family. He helps with his daughter, a single parent, who works as a nurse. He is greatly involved in the care of his grandson and great grandson, whom both have serious medical conditions.

So in ending, Your Honor

I appeal to you for leniency on Stephens behalf. For as long as I have known him, Stephen has been a genuinely good and honest person.

Thank You for considering this for Mr. Stephen Kish

Mr. James Bonifante

Kevin Carroll
100 Tanyard Rd
Richboro, Pa. 18954

8/21/2021

The Honorable C. Darnell Jones II
  C/o Stephen P. Patrizio, Esquire
1500 JFK Boulevard Suite 1205
Philadelphia, Pa. 19102

Dear Judge Jones,

   I am sending this letter requesting leniency
on behalf of Stephen Kish. I was very suprised to
hear of his involvement in this case. He would be the
last person I would expect this from.

   When I first joined the Masons in 1999, someone
introduced me to Stephen Kish who worked at SEPTA.
I also worked at SEPTA in the same building but
at different locations but never knew him
until that time. For the next couple years I spent
lunches with him receiving Masonic instruction.
He was always willing to help me and always
willing to set me straight. His teaching worked
because I became Master of the Lodge in 2005 &
2006. Stephen, himself, was Master of the Lodge
4 times where I was on multiple comittees with
him that made charitable contributions a big

focus. Stephen was always helpful and supportive of me in the Masons and as a friend. I looked up to him even though we are the same age. Over the years he worked hard on his education and then was promoted to manager. I remained in the Track Labor department.

I know Stephen Kish to be a kind man who took good care of his mother who was blind. He always inspired me to be the best in the Masons and at home with my own family.

I believe in Stephen Kish because I know him well and consider him my friend. I humbly request a lenient sentence for him. Thank you for taking the time to read my letter

Sincerely,

Kevin Carroll

Kevin CARROLL

Elizabeth Carroll
100 Tanyard Rd
Richboro, Pa. 18954

8/21/2021

The Honorable C. Darnell Jones II
C/o Stephen P. Patrizio, Esquire
1500 JFK Boulevard, Suite 1205
Philadelphia, Pa. 19102

Dear Judge Jones,

I have known Stephen Kish for over 20 years
and was suprised to hear of his current
case. I totally understand the seriousness
of this matter but am happy to write this
letter if it may help Stephen. I do hope
the court will show some leniency in
his case.

I am a 67 year old woman, a Registered
Nurse by profession for over 45 years &
still work part time at Thomas Jefferson
Hospital. My husband & I have been married
almost 30 years. I first met Stephen Kish
at a Masonic Christmas Ladies' night party and
he impressed me as a kind, friendly
man when I attended other events and
parties over the years. Stephen was always
involved in committees such as Toys for
Tots and other charities.

What struck me the most with Stephen Kish was that he participated in volunteer activities and was the friendly face greeting people at the door. Each year the Masonic Lodge my husband and Stephen belonged to held a memorial service at one of the Masonic homes. Stephen Kish was there when many other members never showed up. Stephen was there helping to serve the residents the deserts we made & assisted the residents to and from their appartments.

While I was suprised to hear of Stephen Kish's current case, it is my sincere hope the court takes this letter into consideration and shows him leniency. I still believe Stephen Kish to be an honorable individual and a good man

Sincerely,

Elizabeth Carroll

Elizabeth Carroll

Steven Humes
8006 Colfax Street
Philadelphia, PA 19136
215-500-4580


November 20, 2021


RE: Stephen Kish


To The Honorable Judge C. Darnell Jones II:

I grew up with Stephen Kish.  We met as young teens in the Lawndale section of Northeast Phila.   Steve did not have an easy time growing up.  He was raised by a single mother who was legally blind.  He worked as a mechanic as soon as he was old enough.  I know him to be a hard worker.  I know him to be a loyal friend.   He is a caring person who has emotionally supported me many times over the last 50 years.  I lost my son to random gun violence and Steve has been there for me and my family.  I can truly say that Steve is one of my best friends.  I do not understand nor condone what Steve has done in regards to SEPTA.  I don't even think he, himself, can explain why it happened.   I can say that I have seen how remorseful he is.   I see how it has affected him.  I would like to ask that the court be lenient with his sentence.  He is 66 years old.  He is tortured and ashamed by what he has done.  His grandson was recently in a car accident and has been diagnosed as a paraplegic.  His daughter needs help in taking care of him and his great-grandchild (age 1). Stephen is of no harm to anyone and he can assist with the care of his family.  He can still be a support to me and my family.   He is not a bad person. He made some bad decisions that caught up with him and he is paying the price financially, mentally, and emotionally.  Please take all this into consideration at the time of sentencing.


With all due respect,

Steven Humes

Dear Judge Jones,

My name is Joseph Sparks. I am a retired electrician in Local 98 IBEW. I was a neighbor of Steve's. Steve Kish has been a good friend of mine for the last fifty years. I find him to be a person of great character, trustworthy and reliable.

Steve has been very depressed and remorseful and regrets the whole situation. This year has been dreadful for him personally with his grandson being paralyzed as a passenger in a horrific car accident and his one-year old great-grandson losing his eye to cancer.

With that said I am praying and pleading for mercy on his behalf.

Respectfully,
Joseph D. Sparks