# EXHIBIT

# "B"

# 2021 Life Expectancy Table

| Age | Male Life Expectancy | Female Life Expectancy | Age | Male Life Expectancy | Female Life Expectancy |
|---|---|---|---|---|---|
| 60 | 21.77 | 24.80 | 90 | 4.12 | 4.88 |
| 61 | 21.02 | 23.96 | 91 | 3.82 | 4.53 |
| 62 | 20.28 | 23.14 | 92 | 3.54 | 4.20 |
| 63 | 19.54 | 22.32 | 93 | 3.29 | 3.90 |
| 64 | 18.81 | 21.51 | 94 | 3.06 | 3.63 |
| 65 | 18.09 | 20.70 | 95 | 2.87 | 3.39 |
| 66 | 17.38 | 19.90 | 96 | 2.69 | 3.18 |
| 67 | 16.67 | 19.10 | 97 | 2.54 | 2.98 |
| 68 | 15.97 | 18.31 | 98 | 2.40 | 2.81 |
| 69 | 15.28 | 17.53 | 99 | 2.28 | 2.65 |
| 70 | 14.60 | 16.76 | 100 | 2.16 | 2.49 |
| 71 | 13.92 | 16.00 | 101 | 2.05 | 2.35 |
| 72 | 13.25 | 15.26 | 102 | 1.94 | 2.21 |
| 73 | 12.59 | 14.52 | 103 | 1.83 | 2.07 |
| 74 | 11.95 | 13.81 | 104 | 1.73 | 1.94 |
| 75 | 11.32 | 13.10 | 105 | 1.64 | 1.82 |
| 76 | 10.71 | 12.41 | 106 | 1.54 | 1.70 |
| 77 | 10.12 | 11.74 | 107 | 1.45 | 1.59 |
| 78 | 9.54 | 11.09 | 108 | 1.37 | 1.48 |
| 79 | 8.98 | 10.45 | 109 | 1.29 | 1.38 |
| 80 | 8.43 | 9.83 | 110 | 1.21 | 1.28 |
| 81 | 7.91 | 9.23 | 111 | 1.13 | 1.19 |
| 82 | 7.40 | 8.65 | 112 | 1.06 | 1.10 |
| 83 | 6.91 | 8.09 | 113 | 0.99 | 1.02 |
| 84 | 6.44 | 7.56 | 114 | 0.92 | 0.94 |
| 85 | 6.00 | 7.05 | 115 | 0.86 | 0.87 |
| 86 | 5.58 | 6.56 | 116 | 0.80 | 0.80 |
| 87 | 5.18 | 6.10 | 117 | 0.74 | 0.74 |
| 88 | 4.80 | 5.67 | 118 | 0.68 | 0.68 |
| 89 | 4.45 | 5.26 | 119 | 0.63 | 0.63 |