# EXHIBIT "D"

## Table 31

### SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE BY TYPE OF CRIME[1]
### Fiscal Year 2020

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 64,233 | 32,358 | 50.4 | 261 | 0.4 | 5,270 | 8.2 | 6,918 | 10.8 | 2,534 | 3.9 | 16,892 | 26.3 |
| Administration of Justice | 537 | 257 | 47.9 | 4 | 0.7 | 39 | 7.3 | 3 | 0.6 | 37 | 6.9 | 197 | 36.7 |
| Antitrust | 11 | 1 | 9.1 | 0 | 0.0 | 5 | 45.5 | 0 | 0.0 | 0 | 0.0 | 5 | 45.5 |
| Arson | 48 | 22 | 45.8 | 2 | 4.2 | 3 | 6.3 | 0 | 0.0 | 1 | 2.1 | 20 | 41.7 |
| Assault | 605 | 301 | 49.8 | 9 | 1.5 | 26 | 4.3 | 2 | 0.3 | 46 | 7.6 | 221 | 36.5 |
| Bribery/Corruption | 240 | 32 | 13.3 | 0 | 0.0 | 81 | 33.8 | 0 | 0.0 | 16 | 6.7 | 111 | 46.3 |
| Burglary/Trespass | 38 | 17 | 44.7 | 0 | 0.0 | 3 | 7.9 | 0 | 0.0 | 2 | 5.3 | 16 | 42.1 |
| Child Pornography | 1,022 | 313 | 30.6 | 11 | 1.1 | 22 | 2.2 | 0 | 0.0 | 55 | 5.4 | 621 | 60.8 |
| Commercialized Vice | 53 | 21 | 39.6 | 0 | 0.0 | 6 | 11.3 | 1 | 1.9 | 2 | 3.8 | 23 | 43.4 |
| Drug Possession | 399 | 352 | 88.2 | 2 | 0.5 | 2 | 0.5 | 0 | 0.0 | 1 | 0.3 | 42 | 10.5 |
| Drug Trafficking | 16,372 | 5,298 | 32.4 | 57 | 0.3 | 3,297 | 20.1 | 1,176 | 7.2 | 734 | 4.5 | 5,810 | 35.5 |
| Environmental | 126 | 56 | 44.4 | 0 | 0.0 | 9 | 7.1 | 0 | 0.0 | 12 | 9.5 | 49 | 38.9 |
| Extortion/Racketeering | 119 | 38 | 31.9 | 0 | 0.0 | 26 | 21.8 | 0 | 0.0 | 6 | 5.0 | 49 | 41.2 |
| Firearms | 7,533 | 3,899 | 51.8 | 54 | 0.7 | 407 | 5.4 | 4 | 0.1 | 304 | 4.0 | 2,865 | 38.0 |
| Food and Drug | 31 | 16 | 51.6 | 2 | 6.5 | 0 | 0.0 | 0 | 0.0 | 2 | 6.5 | 11 | 35.5 |
| Forgery/Counter/Copyright | 198 | 103 | 52.0 | 2 | 1.0 | 17 | 8.6 | 0 | 0.0 | 3 | 1.5 | 73 | 36.9 |
| Fraud/Theft/Embezzlement | 4,767 | 2,258 | 47.4 | 20 | 0.4 | 512 | 10.7 | 33 | 0.7 | 156 | 3.3 | 1,788 | 37.5 |
| Immigration | 26,479 | 16,832 | 63.6 | 49 | 0.2 | 173 | 0.7 | 5,688 | 21.5 | 862 | 3.3 | 2,875 | 10.9 |
| Individual Rights | 70 | 26 | 37.1 | 0 | 0.0 | 10 | 14.3 | 0 | 0.0 | 7 | 10.0 | 27 | 38.6 |
| Kidnapping | 66 | 25 | 37.9 | 1 | 1.5 | 7 | 10.6 | 0 | 0.0 | 8 | 12.1 | 25 | 37.9 |
| Manslaughter | 38 | 22 | 57.9 | 3 | 7.9 | 2 | 5.3 | 0 | 0.0 | 3 | 7.9 | 8 | 21.1 |
| Money Laundering | 878 | 203 | 23.1 | 14 | 1.6 | 268 | 30.5 | 7 | 0.8 | 48 | 5.5 | 338 | 38.5 |
| Murder | 294 | 108 | 36.7 | 2 | 0.7 | 64 | 21.8 | 1 | 0.3 | 25 | 8.5 | 94 | 32.0 |
| National Defense | 165 | 60 | 36.4 | 0 | 0.0 | 21 | 12.7 | 1 | 0.6 | 13 | 7.9 | 70 | 42.4 |
| Obscenity/Other Sex Offenses | 318 | 164 | 51.6 | 5 | 1.6 | 3 | 0.9 | 0 | 0.0 | 18 | 5.7 | 128 | 40.3 |
| Prison Offenses | 453 | 266 | 58.7 | 2 | 0.4 | 4 | 0.9 | 2 | 0.4 | 20 | 4.4 | 159 | 35.1 |
| Robbery | 1,315 | 554 | 42.1 | 9 | 0.7 | 157 | 11.9 | 0 | 0.0 | 71 | 5.4 | 524 | 39.8 |
| Sexual Abuse | 881 | 373 | 42.3 | 4 | 0.5 | 56 | 6.4 | 0 | 0.0 | 49 | 5.6 | 399 | 45.3 |
| Stalking/Harassing | 224 | 119 | 53.1 | 5 | 2.2 | 3 | 1.3 | 0 | 0.0 | 17 | 7.6 | 80 | 35.7 |
| Tax | 365 | 101 | 27.7 | 0 | 0.0 | 45 | 12.3 | 0 | 0.0 | 14 | 3.8 | 205 | 56.2 |
| Other | 588 | 521 | 88.6 | 4 | 0.7 | 2 | 0.3 | 0 | 0.0 | 2 | 0.3 | 59 | 10.0 |

[1] Of the 64,565 cases, 332 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2020 Datafile, USSCFY20.